UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-62278-ALTMAN/Hunt

**HOWARD M. CAPLAN**,

    *Plaintiff*,

v.

**JSE INSURANCE INC.**, *et al.*,

    *Defendants.*

_____/

## ORDER OF DISMISSAL

The Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 11] pursuant to Fed. R. Civ. P 41(a)(1)(A)(i). Being fully advised, the Court hereby **ORDERS** that this action is **DISMISSED with prejudice**. Each party shall bear its own attorneys' fees and costs. The Clerk is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on January 4, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record